UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA DREW<br><br>           Plaintiffs<br><br>v.<br><br>PERFORMANT RECOVERY,<br>and DOES 1-10 inclusive,<br><br>           Defendants | Civil Action No. 13-CV-10869-MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| JESSICA DREW | PERFORMANT RECOVERY |
|---|---|
| By her attorney, | By its attorney, |
| */s/ Sergei Lemberg* | */s/ John J. O'Connor* |
| Sergei Lemberg, Esq. | John J. O'Connor, Esq. |
| Lemberg & Associates, L.L.C. | BBO # 555251 |
| 1100 Summer Street, 3rd Floor | PEABODY & ARNOLD LLP |
| Stamford, CT  06905 | 600 Atlantic Avenue |
| | Boston, MA 02210 |
| | (617) 951-2100 |
| | joconnor@peabodyarnold.com |

Dated: June 25, 2013.

2

## **CERTIFICATE OF SERVICE**

     I, John J. O'Connor, hereby certify that on the 25TH day of June, 2013, I served the attached by causing a copy thereof to be sent via ECF on the following:

  Sergei Lemberg, Esq.
  Lemberg & Associates, L.L.C.
  1100 Summer Street, 3rd Floor
  Stamford, CT  06905

                                            /s/ John J. O'Connor_____
                                            John J. O'Connor

798151_1
15452-97212

2